UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. –

ANDREW HUNT,

Defendant.

ORDER OF CONTINUANCE

23 Mag. 92

Upon the application of the United States of America and the affirmation of RYAN ALLISON, Assistant United States Attorney, it is found that ANDREW HUNT, the defendant, was taken into federal custody on January 6, 2023, and was charged with violations of 18 U.S.C. §§ 922(g)(1) & 924(c), and 21 U.S.C. § 841(a)(1) & (b)(1)(C) in a complaint dated January 6, 2023;

It is further found that the defendant was presented before Magistrate Judge Andrew E. Krause on January 6, 2023, and the defendant was detained.

It is further found that Elizabeth Quinn, Esq., counsel for the defendant, has been engaging in preliminary discussions with the Government concerning possible disposition of this case without trial;

It is further found that the Government has requested a continuance of 28 days to engage in further discussions with counsel about the disposition of this case without trial and that counsel for the defendant on behalf of the defendant has agreed that a continuance of 28 days may be granted for such purpose; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until **March 1, 2023.**

Dated: White Plains, New York
February __, 2023

UNITED STATES MAGISTRATE JUDGE